IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BENJAMIN DWAYNE SCOTT                                    PLAINTIFF

    V.                CIVIL NO. 06-6007
                           06-6031

LARRY SANDERS, Sheriff
of Garland County, Arkansas;
SGT. R. RADLEY; OFFICER B.
STRICKLAND; CHIEF HOLT;
CAPTAIN M. STEED; NURSE
TOMMY HARMON; OFFICER J.
DUNN and OFFICER DODGE                                   DEFENDANTS

## **ORDER**

Now on this 11th day of October 2007, there comes on for consideration the report and recommendation filed herein on August 29, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 41). Plaintiff filed written objections to the report and recommendation (Doc. 44).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' motion for summary judgment (Doc. 32) is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                        /S/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge